

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00387-CV

| | | |
|---|---|---|
| KIM R. OSOWSKY, Appellant | § | On Appeal from the 467th District Court |
| v. | § | of Denton County (23-2553-467) |
| | § | May 1, 2025 |
| NORTHWEST INDEPENDENT SCHOOL DISTRICT, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's summary judgment order. It is ordered that the trial court's summary judgment order is affirmed.

It is further ordered that appellant Kim R. Osowsky shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
     Justice Brian Walker